# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 22, 2005

Joseph Edward Bishop Stewart
Austill Lewis & Simms PC
PO Box 11927
Birmingham, AL 35202-1927

Re:  Canal Indemnity Company v. WLS, Inc., et al.
       Civil Action No. 2:05cv778-C

Attention: Terry

I have affixed the case number on "Request for Waiver" and "Waiver of Service of Summons" forms which were sent to the court and  am returning said forms to you for service upon the defendants.

 When serving defendants by "Request for Waiver" please follow the simple instructions listed below:

    1)  When the "Request for Waiver" is dated and mailed to defendant; a **copy** of each Request must be filed with the court.  This sets a projected due date for an Answer to be filed by that defendant.

    2)  When the  "Waiver of Service of Summons" is received in your office signed by the defendant or his counsel, the **original** of the Waiver must be filed with the court.  This is the proof of service.

Along with  the "Request for Waiver" and "Waiver of Service of Summons" forms I am returning the "court stamped" service copies of  the complaint as each defendant must be served with one. As we discussed by phone these do not have to be served by certified mail and I am returning the addressed envelopes along with 5 postage meter tickets in the amount of $6.95 each along with the other referenced documents.

Pursuant to the Federal Rules of Civil Procedure, you have 120 days from the date of filing to serve the defendants.

If there are any questions, please advise.

Sincerely,

DEBRA P. HACKETT, CLERK

By:

       Charlene Campbell
       Deputy Clerk

# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600