## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **CANAL INDEMNITY CO.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO.:  2:05-778-MHT** |
| | § | |
| **WLS, INC. d/b/a S&H MOBILE** | § | |
| **HOMES; CAVALIER** | § | |
| **ACCEPTANCE CORP.; GREEN** | § | |
| **TREE; RUTH BARRON, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant Green Tree-AL LLC ("Green Tree") certifies that Green Tree's parent company is Green Tree Investment Holdings LLC, which is a privately owned limited liability company.

**Dated:  September 14, 2005.**


/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR.(ASB-3422-F55R)
Attorney for Green Tree-AL LLC

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone: 334/206-3100
Fax: 334/263-4157
E-mail:     rah2@rsjg.com


## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Joseph E.B. Stewart:  jstewart@maplaw.com

I hereby certify that I have this date served the above and foregoing upon:

Rickman E. Williams, III
PITTS, PITTS & WILLIAMS
Post Office Box 527
Selma, AL 36702-0527

John R. Bradwell
HILL, HILL, CARTER, et al.
P.O. Box 116
Montgomery, AL 36101-0116

Jack J. Hall, Jr.
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, AL 35203

by placing a true copy of same in the United States mail, postage prepaid, this the 14th day of September, 2005.


/s/ Austin Huffaker