%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Canal Indemnity Company

V.

WLS, Inc. d/b/a S & H Mobile Homes; CIS Financial Services, Inc., f/k/a Cavalier Acceptance Corporation; GreenTree-AL, LLC; Green Tree Servicing, LLC; Ruth Barron; John D. Barron

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv778T

TO: (Name and address of Defendant)

John D. Barron
25 County Road 802
Maplesville, Al. 36750

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Austill, Lewis & Simms, P.C.
2101 Highland Avenue South, Ste. 500
Birmingham, Al. 35205

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                10/20/05
CLERK                                           DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Canal Indemnity Company

V.

WLS, Inc. d/b/a S & H Mobile Homes; CIS Financial Services, Inc., f/k/a Cavalier Acceptance Corporation; GreenTree-AL, LLC; Green Tree Servicing, LLC; Ruth Barron; John D. Barron

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:v-05cv778T

TO: (Name and address of Defendant)

Ruth Barron
637 U.S. Hwy 139
Maplesville, Al. 36750

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Austill, Lewis & Simms, P.C.
2101 Highland Avenue South, Ste. 500
Birmingham, Al. 35205

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE 10/20/05

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Canal Indemnity Company

V.

WLS, Inc. d/b/a S & H Mobile Homes, CIS Financial Services, Inc., f/k/a Cavalier Acceptance Corporation; GreenTree-AL, LLC; Green Tree Servicing, LLC; Ruth Barron; John D. Barron

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2-05cv778T

TO: (Name and address of Defendant)

CIS Financial Services, Inc. f/k/a Cavalier Acceptance Corp.
c/o Jerry F. Wilson, Jr.
Highway 41 North
P.O. Box 540
Addison, Al. 35570

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Austill, Lewis & Simms, P.C.
2101 Highland Avenue South, Ste. 500
Birmingham, Al. 35205

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                   10/20/05
CLERK                                              DATE

(By) DEPUTY CLERK