| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cenette Latham*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): *Janette Latham*  C. Date of Delivery: 10-21-05 |
| 1. Article Addressed to:<br><br>John D. Barron<br>25 County Road 802<br>Maplesville, AL 36750 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>2:05CV778-<br>First<br>Summons & Amd Cmp<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0004 4186 7104 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540