ERK
ES DISTRICT COURT
RICT OF ALABAMA

RY, AL 36101-0711

7004 1160 0004 4186 7111

☒ Not Deliverable As Addressed
　Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed    ☐ Refused
☐ Attempted – Not Known
☐ No Such Street    ☐ Number
☐ Vacant    ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed – No Order
☐ Returned For Better Address
☐ Postage Due _____

Ruth Barron
637 U.S. Hwy 139
Maplesville, AL 36750

1st NOTICE 10-25-05
2nd NOTICE _____
RETURNED _____

SCANNED

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Canal Indemnity Company

V.

WLS, Inc. d/b/a S & H Mobile Homes, CIS Financial Services, Inc. f/k/a Cavalier Acceptance Corporation; GreenTree-AL, LLC; Green Tree Servicing, LLC; Ruth Barron; John D. Barron

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:ev-05cv778T

TO: (Name and address of Defendant)

Ruth Barron
637 U.S. Hwy 139
Maplesville, Al. 36750

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Austill, Lewis & Simms, P.C.
2101 Highland Avenue South, Ste. 500
Birmingham, Al. 35205

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                      10/20/05
_____                    _____
CLERK                                                        DATE

_____
(By) DEPUTY CLERK