IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| CANAL INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv778-T |
| ) | |
| WLS, INC., d/b/a as ) | |
| S & H MOBILE HOMES, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the joint motion to extend deadline (Doc. No. 13) is denied.

DONE, this the 27th day of October, 2005.


                    /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE