**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CIS Financial Services, Inc.
   f/k/a Cavalier Acceptance Corp
   c/o Jerry F. Wilson, Jr.
   Highway 41 North
   P.O. Box 540
   Addison, Al. 35570

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name)
   Shirley Burnett

C. Date of Delivery
   11-1-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   Just amd Cmp
   2:05CV778-T

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7004 1160 0004 4186 7098

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540