# IN THE UNITED STATES OF DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

2005 NOV -7  P 12: 27

| | |
|---|---|
| **Canal Indemnity Company,** | |
| **Plaintiff(s),** | |
| **v.** | |
| **WLS, Inc. D/b/a S & H Mobile Homes, CIS Financial Services, Inc., f/k/a Cavalier Acceptance Corp.; Greentree-AL,LLC; GreenTree Servicing, LLC; Ruth Barron; John D. Barron,** | **Civil Action No. CV-2005-778-T** |
| **Defendant(s).** | |

## PLAINTIFF CANAL INDEMNITY COMPANY'S MOTION TO APPOINT SPECIAL PROCESS SERVER

COMES NOW, the Plaintiff, Canal Indemnity Company ("Canal"), pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, and moves the Court for an Order appointing C. Rhett Wood as a special process server in this matter for the purpose of serving Canal's Summons and Amended Complaint on Defendant Ruth Barron, and as grounds therefor states as follows:

1.      C. Rhett Wood is over the age of eighteen (18) and is an adult citizen of the State of Alabama.

2.      C. Rhett Wood is not a party to this action.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Canal Indemnity Company requests that this Court enter an Order appointing C. Rhett Wood as a special process server for the purposes of serving process of Canal's Summons and Amended Complaint on Defendant Ruth

*Canal Indemnity Company v. WLS, Inc. Et al.*
Civil Action No.:  CV-2005-31-F
PLAINTIFF'S MOTION TO APPOINT SPECIAL PROCESS SERVER

Barron, as required by the Federal Rules of Civil Procedure.  Canal requests such other, further and

additional relief to which it may be entitled, premises considered.

Respectfully submitted,


s/ Joseph E. B. Stewart
William A. Austill (ABS-1217-A62W)
Joseph E. B. Stewart (ASB-6903-S61J)


OF COUNSEL:
Austill, Lewis & Simms, P.C.
P.O. Box 11927
Birmingham, AL 35202-1927

*Canal Indemnity Company v. WLS, Inc. Et al.*
Civil Action No.:  CV-2005-31-F
PLAINTIFF'S MOTION TO APPOINT SPECIAL PROCESS SERVER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed, on this 27th day of October , 2005 to:

Jack J. Hall, Jr.
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 20th Street North
Birmingham, AL 35203

R. Austin Huffaker, Jr.
RUSHTON, STAKELY, JOHNSON
& GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270

Rickman E. Williams, III, Esq.
Pitts, Pitts, & Williams
Post Office Box 527
Selma, AL 36702-0527

John R.  Bradwell
425 South Perry Street
Montgomery , AL 36104

Ruth Barron
637 U.S. HWY 139
Maplesville, Alabama 36750

s/ Joseph E. B. Stewart
OF COUNSEL