IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CANAL INDEMNITY COMPANY, )<br>)<br>   Plaintiff, )<br>) | |
|    v. ) | CIVIL ACTION NO.<br>2:05cv778-T |
| )<br>WLS, INC., d/b/a as )<br>S & H MOBILE HOMES, )<br>et al., )<br>)<br>   Defendants. ) | |

### ORDER

It is ORDERED as follows:

(1) The motion to appoint special process server (Doc. No. 21) is granted.

(2) C. Rhett Wood is appointed as special process server for the purpose of serving process on defendant Ruth Barron.

DONE, this the 9th day of November, 2005.

                                           /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE