AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama, Northern Division_

Canal Indemnity Company

V.

WLS, Inc. d/b/a S & H Mobile Homes, CIS Financial Services, Inc. f/k/a Cavalier Acceptance Corporation; GreenTree-AL, LLC; Green Tree Servicing, LLC; Ruth Barron; John D. Barron

ALIAS SUMMONS IN A CIVIL ACTION

CASE NUMBER: CV-05cv778 T

TO: (Name and address of Defendant)

Ruth Barron

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Austill, Lewis & Simms, P.C.
2101 Highland Avenue South, Ste. 500
Birmingham, AL 35205

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 11/9/05