IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CANAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv778-T |
| | ) | |
| WLS, INC. d/b/a S & H MOBILE HOMES; CIS FINANCIAL SERVICES, INC., f/k/a CAVALIER ACCEPTANCE CORPORATION; GREEN TREE - AL., L.L.C.; GREEN TREE SERVICING, L.L.C., RUTH BARRON; AND JOHN D. BARRON, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER

COMES NOW one of the Defendants, CIS Financial Services, Inc. f/k/a Cavalier Acceptance Corporation ("Cavalier"), and in Answer to the Plaintiff's First Amended Complaint for Declaratory Judgment states as follows:

### FIRST DEFENSE

Cavalier denies each and every material allegation of the Plaintiff's Complaint and demands strict proof thereof.

### SECOND DEFENSE

Cavalier pleads the affirmative defense of lack of subject matter jurisdiction as the amount in controversy in this action does not exceed the jurisdictional requirements of 28 U.S.C. §1332(a)(1).

## THIRD DEFENSE

The Complaint, and each count thereof, fails to state a claim upon which relief can be granted against Cavalier.

## FOURTH DEFENSE

Cavalier pleads the general issue.

                                                                                        */s/ John R. Bradwell*
                                                                                        JOHN R. BRADWELL (ASB-2993-W865)
Attorney for Defendant CIS Financial Services, Inc. f/k/a Cavalier Acceptance Corporation

OF COUNSEL:

HILL, HILL, CARTER, FRANCO,
  COLE & BLACK, P.C.
425 SOUTH PERRY STREET
POST OFFICE BOX 116
MONTGOMERY, ALABAMA 36101-0116
PHONE: 334-834-7600
FACSIMILE: 334-832-7419
EMAIL: Jrbradwell@hillhillcarter.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court of the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system which will send notification of such filing to counsel listed below and by placing a copy of the foregoing upon counsel listed below in the U.S. Mail, postage prepaid, on this the **17<u>th</u>** day of November, 2005.

William Alford Austill, Esq.
Joseph E. B. Sewart, Esq.
**Austill, Lewis & Simms, P.C.**
Post Office Box 11927
Birmingham, Alabama 35202-1927

Rickman E. Williams, III
**Pitts, Pitts & Williams**
Post Office Box 527
Selma, Alabama 36702-0527

Jack J. Hall, Jr., Esq.
**Hall, Conerly & Bolvig, P.C.**
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203

R. Austin Huffaker, Jr., Esq.
**Rushton, Stakely, Johnston & Garrett, P.A.**
Post Office Box 270
Montgomery, Alabama 36101-0270

                                                    */s/ John R. Bradwell*
                                                    OF COUNSEL