IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CANAL INDEMNITY COMPANY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv778-T |
| | ) | |
| WLS, INC., d/b/a as | ) | |
| S & H MOBILE HOMES, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 27) is set for submission, without oral argument, on January 18, 2006, with non-movants' briefs and evidentiary materials by said date.

DONE, this the 21st day of December, 2005.

                                           /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE