IN THE UNITED STATES OF DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Canal Indemnity Company,<br><br>Plaintiff(s),<br><br>v.<br><br>WLS, Inc. D/b/a S & H Mobile Homes,<br>Cavalier Acceptance Corp.; Greentree;<br>Ruth Barron; John D. Barron,<br><br>Defendant(s). | Civil Action No.<br>CV-05-778-WKW |

## JOINT STIPULATION OF DISMISSAL

**COME NOW**, the Plaintiff, Canal Indemnity Company, and Defendants, WLS, Inc., d/b/a S&H Mobile Homes, CIS Financial Services, Inc. f/k/a Cavalier Acceptance Corporation, Green Tree-AL LLC, Green Tree Servicing LLC, and John D. Barron, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and stipulate that a settlement has been reached in the underlying lawsuit styled *John D. Barron, plaintiff versus WLS, Inc. d/b/a S & H Mobile Homes, Cavalier Acceptance Corp, Greentree, and Ruth Barron, defendants, in the Circuit Court of Chilton County, Alabama (CV-2005-31-F)* (hereinafter "the underlying lawsuit"). Accordingly, the parties to this motion hereby request this Honorable Court to dismiss all claims asserted by the plaintiff against all defendants in this matter without prejudice, each party to bear his, her or its own costs.[1]

---

[1] Defendant Ruth Barron is not a party to this motion by virtue of never having appeared in this case; however, the parties to this motion respectfully request that the Court dismiss all claims against her without prejudice as well.

Respectfully submitted this 24TH day of April, 2006.

_____
William A. Austill (ABS-1217-A62W)
Joseph E. B. Stewart (ASB-6903-S61J), attorneys for the Plaintiff, Canal Indemnity Company

**OF COUNSEL**:
Austill, Lewis & Simms, P.C.
P.O. Box 11927
Birmingham, AL 35202-1927

*Canal Indemnity Company v. WLS, Inc. Et al.*
Civil Action No.: CV-2005-31-F
JOINT STIPULATION OF DISMISSAL

---

_____
Jack J. Hall, Jr. (HAL038)
attorney for Defendant, WLS, Inc., d/b/a S&H Mobile Homes

**OF COUNSEL**:
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 20th Street North
Birmingham, AL 35203

*Canal Indemnity Company v. WLS, Inc. Et al.*
Civil Action No.: CV-2005-31-F
JOINT STIPULATION OF DISMISSAL

---

                                                                  /s/ R. Austin Huffaker, Jr.
R. Austin Huffaker, Jr. (ASB-3422-F55R)
attorney for Defendants, Green Tree-AL LLC and
Green Tree Servicing LLC

**OF COUNSEL**:
RUSHTON, STAKELY, JOHNSON
& GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270

_____
Rickman E. Williams, III (WIL244)
attorney for Defendant, John D. Barron

**OF COUNSEL**:
Pitts, Pitts, & Williams
Post Office Box 527
Selma, AL 36702-0527

*Canal Indemnity Company v. WLS, Inc. Et al.*
Civil Action No.: CV-2005-31-F
JOINT STIPULATION OF DISMISSAL

_____
John R. Bradwell (ASB-2993-W865)
attorney for Defendant, CIS Financial Services, Inc.
f/k/a Cavalier Acceptance Corporation

**OF COUNSEL**:
Hill, Hill, Carter, Franco,
      Cole & Black, P.C.
425 South Perry Street
Montgomery, AL 36104

*Canal Indemnity Company v. WLS, Inc. Et al.*
Civil Action No.: CV-2005-31-F
JOINT STIPULATION OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed, on this 24th day of April, 2006 to:

Ruth Barron
921 South Holt Street
Mongtomery, AL 36108

_____
OF COUNSEL