IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-778-WKW |
| | ) |
| WLS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the Court on the parties' Joint Stipulation of Dismissal (Doc. # 31), filed on April 24, 2006.  Pursuant to Fed. R. Civ. P. 41(a)(1), it is therefore ORDERED that all claims in this case are hereby DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 1st day of May, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE